UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

STEPHEN IUCCI,

        Defendant.

- - - - - - - - - - - - - - -X

[PROPOSED] LIMITED UNSEALING ORDER

12 CR 78 (JG)

Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Allon Lifshitz, for an order unsealing all documents filed in this case for the sole purpose of allowing counsel of record to view them.

WHEREFORE, it is ordered that all documents filed in this case are hereby unsealed as to counsel of record, but shall remained sealed as to the public until further order of the Court.

Dated:    Brooklyn, New York
          February __, 2015

_____
THE HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

3/9/15